Cause No: 05-17-00777-CV

COMPASS BANK AN ALABAMA BANKING CORPORATION AUTHORIZED TO DO BUSINESS AS BBVA COMPASS

In the District Court of

Recilla Johnson
vs

§
§

_DALLAS_ County, Texas
_____ Judicial District

Motion for WRONGFUL FORECLOSURE

_____, _____ in the above-

entitled action moves the court to grant the following relief: I Recilla Johnson COME TO THE COURT FOR MOTION REHEARING TO SAVE MY HOME FROM COMPASS BANK. REASON BEING I HAD FALLEN GOT SICK THEY SAID THEY WAS GOINGE TO HELP ME WAITED TO THE LAST MINUTE TURN ALL MY PAPER WORK IN DOCTERS PAPER I HAD ALL OF THEM. TURN PAPER WERE NOT FILLED OUT THE PACKET. THEN THEY DID A WRONGFUL FORECLOSURE DOONT FORECLOSURE SALE. NEVER GAVE ME A CHANCE TO SAVE MY HOME.

Movant shows the court the following grounds for this motion: FOR A

RETRIAL AND TO SAVE MY HOME.

This motion is based on WRONGFUL FORECLOSURE AND

DOUGLASS STATEMENT AND PAPER WORK

_____

_____

_____

_____

_____

_____

_____,

and a copy of the motion has been sent by certified mail, return receipt requested, to _____

_____ on _____ .

Dated: _____ .

Respectfully Submitted,

Reallot Schnoop

3420 Detrick Street

Dallas, Texas 75223

_____

Attorney PRO SE

## Certificate of Service

I certify that a true and correct copy of this paper was delivered by _____

to _____ on _____ .

_____

Order entered May 24, 2018



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00777-CV

## COMPASS BANK, AN ALABAMA BANKING CORPORATION, AUTHORIZED TO DO BUSINESS AS BBVA COMPASS, Appellant
V.
## RECILLIA JOHNSON AND ALL OTHER OCCUPANTS, Appellee

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-17-01501-A

## ORDER

We **GRANT** appellee's May 15, 2018 letter, which we construe as a motion for extension of time for filing a motion for rehearing, and extend the time for filing the motion for rehearing to **June 4, 2018.**

/s/     ADA BROWN
        JUSTICE